IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ANTHONY CARTER, SR.,           )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civ. No. 05-311-KAJ
                               )
MARMON KEYSTONE,               )
                               )
        Defendant.             )
```

**ORDER**

At Wilmington this 13th day of June, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's failure to complete the following questions on the application to proceed without prepayment of fees: 3f, 5, and 6. (D.I. 1)

2. The plaintiff shall file a complete application to proceed without prepayment of fees, or pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge