OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2005

TO: Anthony Carter, Jr.
Anthony Carter, Pro se
28 Monticello Blvd.
New Castle, DE 19720

    **RE: Documents Provided as a Result of Court's Order Denying Application to Proceed Without Prepayment of Fees, CA 05-311 KAJ**

Dear Mr. Carter:

    As a result of the Court's order denying your In Forma Pauper Application, we are in receipt of your payment of the $250.00 filing fees. We are providing a copy of Federal Rule of Civil Procedure 4, which details process of service requirements, which are your responsibility.

    Federal Rule 4 outlines the entire process required for serving your complaint on the named defendants. In many instances, you may use **either** the Notice of Lawsuit/waiver form, **or** prepare a summons form for each defendant, as provided for in Federal Rule 4.

    Should you decide to have a summons issued, a blank form is enclosed for your use. Once you have properly completed the summons form(s), they should be presented to this office to be issued (signed and sealed). When you receive the "issued" summons forms back from the Court, procedures for your service on the defendants are further detailed in Federal Rule 4.

    **Please sign and return the receipt forms for Rule 4 to the Clerk's Office in the enclosed envelope**. If you have administrative or procedural questions you may call our office and speak with one of our Intake Deputy Clerks.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/es                                     PETER T. DALLEO
                                        CLERK

cc: Pro Se Law Clerk

Items
Enclosed: <u>FRCP 4 w/receipt to be returned to the Clerk's Office</u>, 1 Summons' forms, 1 Notices of Lawsuit/Waiver forms, Docket Sheet for CA 05-311, and Notice Regarding Personal Info.