IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY CARTER, SR. )<br>)<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>MARMON/KEYSTONE CORPORATION )<br>)<br>    *Defendant* )<br>) | CASE # 1:05-CV-00311 (KAJ) |

ENTRY OF APPEARANCE

Please enter the appearance of Bayard J. Snyder, Esquire as attorney for the defendant, Marmon/Keystone Corporation in the above-captioned matter.

                    SNYDER & ASSOCIATES, P.A.

                    /s/ Bayard J. Snyder
                    Bayard J. Snyder, Esq. (#175)
                    300 Delaware Avenue
                    Suite 1014
                    P.O. Box 90
                    Wilmington, DE 19899
                    (302)657-8300
                    Attorney for Defendant

DATED: October 28, 2005

PD-Entry Of Appearance.wpd