IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY CARTER, SR. )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>MARMON/KEYSTONE CORPORATION )<br>)<br>*Defendant* )<br>) | CASE # 1:05-CV-00311 (KAJ) |

## CERTIFICATE OF SERVICE

I, the undersigned, affirm and certify that two true and correct copies of the foregoing pleading were served on the following as indicated below.

By U.S. Mail

Anthony Carter, Sr.
28 Monticello Boulevard
New Castle, Delaware 19720

                                    SNYDER & ASSOCIATES, P.A.

                                    /s/ Bayard J. Snyder
                                  BAYARD J. SNYDER, ESQ. (DE #175)
                                  300 Delaware Avenue
                                  Suite 1014
                                  P.O. Box 90
                                  Wilmington, DE  19899
                                  (302) 657-8300
                                  *Attorney for the Plaintiff*

DATED: October 28, 2005

*G:\Gen Practice\Marmon-Keystone Corp\PD Certificate of Service.wpd*