IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY CARTER, SR. | ) | |
| | ) | |
| *Plaintiff* | ) | CASE # 1:05-CV-00311 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| MARMON/KEYSTONE CORPORATION | ) ) | |
| | ) | |
| *Defendant* | ) | |

MOTION AND ORDER FOR ADMISSION OF JAMES B. BROWN
<u>PRO HAC VICE</u>

Pursuant to Local Rule 83.5 and the attached certification, Bayard J. Snyder, a member of the Bar of the United States District Court for the District of Delaware, hereby moves the admission <u>pro</u> <u>hac</u> <u>vice</u> of James B. Brown to represent defendant in this matter.

SNYDER & ASSOCIATES, P.A.

   /s/ Bayard J. Snyder
BAYARD J. SNYDER, ESQUIRE
300 Delaware Avenue, Suite 1014
P.O. Box 90
Wilmington, DE 19899
Bar # 175
Attorney Marmon/Keystone Corporation

DATED:     November 3, 2005

1014904_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY CARTER, SR., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 05-311-KAJ |
| vs. | ) | |
| | ) | Honorable Kent A. Jordan |
| MARMON KEYSTONE | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATION IN SUPPORT OF MOTION FOR
## ADMISSION OF JAMES B. BROWN PRO HAC VICE

Pursuant to Local Rule 85.3 I certify as follows:

1. I am a member of the firm of Cohen & Grigsby, attorneys for defendant.

2. I am a member in good standing of the Western District of Pennsylvania and the Commonwealth of Pennsylvania. My admission has never been suspended or revoked.

3. I do not reside in Delaware; am not regularly employed in Delaware; and am not regularly engaged in business, professional, or other similar activities in Delaware.

4. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

5. I also certify that I am generally familiar with this Court's Local Rules.

James B. Brown

Executed on November 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY CARTER, SR. | ) | |
| | ) | |
| *Plaintiff* | ) | CASE # 1:05-CV-00311 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| MARMON/KEYSTONE | ) | |
| CORPORATION | ) | |
| | ) | |
| *Defendant* | ) | |

ORDER GRANTING MOTION

    IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> of James B. Brown is granted.

_____
United States District Judge

Date:

G:\Gen Practice\Marmon-Keystone Corp\PD Pro Hac Vice Motion.wpd