**CERTIFICATE OF SERVICE**

I, the undersigned, affirm and certify that two true and correct copies of the foregoing pleading was served on the following:

By U.S. Mail

Anthony Carter, Sr.
28 Monticello Boulevard
New Castle, Delaware 19720

        **SNYDER & ASSOCIATES, P.A.**

        /s/ Timothy B. Martin
        Timothy B. Martin
        300 Delaware Avenue
        Suite 1014
        P.O. Box 90
        Wilmington, DE  19899
        (302)-657-8300

**DATED:** November 3, 2005
G:\PI\Records, Pam\PD Certificate of Service - Motion for Admission.wpd