IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY CARTER, SR. | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. 05-CV-00311 -KAJ |
| | ) | |
| v. | ) | Honorable Kent A. Jordan |
| | ) | |
| MARMON/KEYSTONE | ) | |
| CORPORATION | ) | |
| | ) | |
| *Defendant* | ) | |

MOTION  AND ORDER FOR ADMISSION OF FLOYD A. CLUTTER
<u>PRO HAC VICE</u>

Pursuant to Local Rule 83.5 and the attached certification, Bayard J. Snyder, a member of

the Bar of the United States District Court for the District of Delaware, hereby moves  the admission

<u>pro</u> <u>hac</u> <u>vice</u> of Floyd A. Clutter to represent defendant in this matter.


SNYDER & ASSOCIATES, P.A.


    /s/ Bayard J. Snyder
BAYARD J. SNYDER, ESQUIRE
300 Delaware Avenue, Suite 1014
P.O. Box 90
Wilmington, DE 19899
Bar # 175
Attorney Marmon/Keystone Corporation


DATED:      November 3, 2005

1014903_1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY CARTER, SR., | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 05-311-KAJ** |
| vs. | ) | |
| | ) | **Honorable Kent A. Jordan** |
| MARMON KEYSTONE | ) | |
| | ) | |
| **Defendant** | ) | |

## CERTIFICATION IN SUPPORT OF MOTION FOR
## ADMISSION OF FLOYD A. CLUTTER PRO HAC VICE

Pursuant to Local Rule 85.3 I certify as follows:

1.      I am a member of the firm of Cohen & Grigsby, attorneys for defendant.

2.      I am a member in good standing of the Western District of Pennsylvania and the Commonwealth of Pennsylvania.  My admission has never been suspended or revoked.

3.      I do not reside in Delaware; am not regularly employed in Delaware; and am not regularly engaged in business, professional, or other similar activities in Delaware.

4.      Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

5.      I also certify that I am generally familiar with this Court's Local Rules.

_____

Floyd A. Clutter

Executed on November ___, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANTHONY CARTER, SR.         )
                                   )
    *Plaintiff*              )    Civil Action No. 05-CV-00311 -KAJ
                                   )
v.                            )    Honorable Kent A. Jordan
                                 )
MARMON/KEYSTONE         )
CORPORATION               )
                                 )
    *Defendant*          )

ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> of Floyd A.

Clutter is granted.

                                 _____

                                   United States District Judge

Date:

G:\Gen Practice\Marmon-Keystone Corp\PD Pro Hac Vice Motion - Clutter.wpd