## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ANTHONY CARTER, SR.,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Civil Action No. 05-311-KAJ |
| vs. ) | |
| ) | Honorable Kent A. Jordan |
| **MARMON KEYSTONE,** ) | |
| ) | |
| **Defendant.** ) | |

### REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT

*Pro se* Plaintiff, Anthony Carter, Sr., initiated this action on May 19, 2005. On November 22, 2005, Defendant, Marmon/Keystone Corporation ("Marmon Keystone"), by its attorneys, Snyder & Associates, P.A., and Cohen & Grigsby, P.C., filed a Motion to Dismiss Complaint ("Motion to Dismiss") pursuant to Federal Rules of Civil Procedure 12(b)(4) and (5) because, in contravention of Rules 4(m) and 4(d)(2)(C), Plaintiff failed to: (i) serve his Complaint within 120 days of filing; and (ii) include a copy of his Complaint with his request for waiver of service of summons.

Plaintiff filed an opposition to Marmon Keystone's Motion to Dismiss on November 28, 2005, captioned "Motion of Right of Appeal" ("Plaintiff's Opposition"). Plaintiff's Opposition contends that he "was not aware that another copy of the complaint should have accompanied the request for waiver." In addition, Plaintiff purports to cure his defective service by attaching a copy of his "complaint." Plaintiff's Opposition, however, includes a copy of the Charge of Discrimination he filed with the Delaware Department of Labor and the Equal Employment Opportunity Commission -- *not* the Complaint he filed with this Court. Therefore, Plaintiff does not dispute that he failed to serve his Complaint within 120 days of filing. Nor does Plaintiff contend that he included a copy of his Complaint with his request for waiver of service of summons. Accordingly,

as set forth in Marmon Keystone's Motion to Dismiss, Plaintiff's Complaint should be dismissed in its entirety.

          Respectfully submitted,

          SNYDER & ASSOCIATES, P.A.

            /s/ Bayard J. Snyder
          BAYARD J. SNYDER, ESQUIRE
          300 Delaware Avenue, Suite 1014
          P.O. Box 90
          Wilmington, DE 19899
          (302) 657-8300
          Bar # 175
          Attorney for Marmon/Keystone Corporation

DATED:    December 5, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that two true and correct copies of the foregoing Reply in Support of Motion to Dismiss Complaint was served on December 5, 2005, via first-class mail, postage prepaid, upon the following:

Anthony Carter, Sr.<br>
28 Monticelo Blvd.<br>
New Castle, Delaware 19720

    s/ Bayard J. Snyder
BAYARD J. SNYDER, ESQUIRE