IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY CARTER, SR., | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 05-311-KAJ |
| vs. | ) |
| | ) Honorable Kent A. Jordan |
| MARMON KEYSTONE | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF BAYARD J. SNYDER

**STATE OF DELAWARE**  )
                                              ) SS:
**COUNTY OF NEW CASTLE**  )

After having been duly sworn according to law, I do hereby depose and say that I have personal knowledge of the facts attested to herein and the following statements are true and correct.

1. I am an attorney at Snyder & Associates, P.A.

2. In my capacity as attorney, the attached Summons in a Civil Case ("Summons") was hand delivered to me on April 17, 2006. (Exhibit 1)

3. The Summons was not accompanied by a copy of the Complaint in the above-captioned matter.

_____
Bayard J. Snyder

SWORN to and subscribed before me this 8th day of June, 2006.

_____
Notary Public
My Commission Expires:

AMY D. BROWN
Attorney at Law
Notary Public pursuant to
29 Del.C. § 4323(a)(3)

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the foregoing Affidavit of Bayard J. Snyder was served on June 8, 2006, via first-class mail, postage prepaid, upon the following:

Anthony Carter, Sr.
28 Monticelo Blvd.
New Castle, Delaware 19720

　　　　　　　　　　　　　　　　　　/s/ Bayard J. Snyder