```
                     STATE OF DELAWARE
                  DELAWARE ARMY NATIONAL GUARD
                     FIRST REGIMENT ROAD
                  WILMINGTON, DELAWARE 198082191
```

ORDERS 025-122                                          25 January 2006

                                                        05-311 (KAJ)

CARTER ANTHONY SR          )418  SSG  287TH ARMY BAND DEARNG
(QK4AA-702) 1401 NEWPORT GAP PKE      WILMINGTON DE         19804

You are ordered to annual training (AT) for the period shown.  Upon completion
of the period of annual training you will return to place where entered on
annual training and are released from such duty.

Period (TDY) : 24 June 2006    - 07 July 2006
Report to: DEARNG RTI, BBTS, 163 Scannell Blvd, Bethany Beach, DE  19930
Reporting time/date: 0700hrs, 24 June 2006
Purpose: Annual Training (Core AT)
Additional instructions:
   (a) Traveler is a Government Travel Card holder and must use their
Individually
       Billed Account to purchase transportation tickets.
   (b) Government quarters are available.
   (c) Government meals are available.
   (d) Unit of assignment will prepare and process payroll.
   (e) All travelers are reminded that under Public Law 105264, use of the
       government travel card is mandatory for all lodging expenses, and other
       authorized TDY expenses incurred by the traveler unless the traveler has
       been exempted.
   (f) When Ordered to Annual Training or ADSW Individual is Authorized One
       Round Trip from Home of Record to Permanent Duty Station.

FOR ARMY USE
Auth: Title 32 United States Code 502(f)
HOR: 28 MONTICELLO BLVD          NEW CASTLE           DE19720
APC DJMS-RC: A8E111   TDC 111 Year-Round AT
APC STANFINS Pay:  EARZ    APC STANFINS Travel: EARZ
Acct clas:
 Enl pay/alw: 2162060 18-1007 P1A31.0200-1198/1199/1210/1250 S07012  A50  QK4AA
 Enl tvl/pd:  2162060 18-1007 P1A31.0200-21T2                 S07012  A50  QK4AA
   SRN:  CAR94180251220   JON/CCC: EARZ38/38EARZ   Cost Estimate: $     1,989
PEBD: 810306
Federal WE: S01
State tax code: DE
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 296

FOR THE GOVERNOR:
                                    \\\\\\\\\\\\\\\//////////////
                                    \\     HQ,   DEARNG        //
                                    \\         OFFICIAL        //
                                    \\\\\\\\\\\\\\\//////////////
DISTRIBUTION:                       ROBERT L. LEGG
D                                   COL, OD, DEARNG
                                    Deputy Chief of Staff, Personnel

I, ANTHONY CARTER, SR. CERTIFY THAT I HAVE SERVED A COPY OF MY ORDERS FOR THE ARMY NATIONAL GUARDS 24 JUNE 06 THRU 07 July 06 LETTER ON

BAYARD J. SNYDER
300 DELAWARE AVE. (SUITE 1014)
P.O. BOX 90
WILMINGTON, DELAWARE
19809