## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY CARTER, SR., | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 05-311-*** (MPT) |
| MARMON KEYSTONE, | : |
|         Defendant. | : |

## **ORDER**

At Wilmington, Delaware, this **4th** day of **January, 2007.**

IT IS ORDERED that a status teleconference with Judge Thynge has been scheduled for **Wednesday, January 10, 2007 at 4:00 p.m. Counsel for defendant shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                /s/ Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE