## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY CARTER, SR., | : |
|            Plaintiff, | : |
| v. | : Civil Action No. 05-311-*** (MPT) |
| MARMON KEYSTONE, | : |
|            Defendant. | : |

### ORDER

At Wilmington, Delaware, this **12th** day of **January, 2007.**

IT IS ORDERED that the transcript of the teleconference held on January 10, 2007 shall serve as the Order of this Court. A courtesy copy of the transcript is being provided to plaintiff.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE