# Marmon/Keystone Corporation
THE PIPE AND TUBING PEOPLE

100 Steel Drive
Riveredge Park
New Castle, DE 19720-7708
Phone:  (302) 328-8000
Fax:      (302) 328-6233
www.marmonkeystone.com

**TIMOTHY J. WAMBA**
Branch Manager

### *Anthony Carter - Discharge 02/19/04*

We conducted an investigation regarding the incident of 02/13/04 involving your operation of an overhead crane. It has been determined that you operated the crane in an unsafe manner, ignoring basic safety rules and risking the safety of those around you. Pursuant to this investigation, you are being discharged from Marmon/Keystone, effective immediately, due to the violation of safety procedures associated in your role as warehouse person.

You indicated to Tim Slaughter your concern of being paid for your time while drug testing was being conducted Friday evening 02/13/04. Marmon/Keystone has determined that you will be paid for the two hour period required to wait for the testing procedure associated with this incident.

Timothy J. Wamba
Branch Manager

CHECK NO.
813765


A member of The Marmon Group of companies

EXHIBIT
4

# Marmon/Keystone Corporation

THE PIPE AND TUBING PEOPLE

100 Steel Drive
Riveredge Park
New Castle, DE 19720
Phone: (302) 328-8000
Fax:     (302) 328-6233

To:   Anthony Carter
From: Dave Levenson
Date: 02/19/2004

As a result of your separation of employment from Marmon/Keystone Corporation, the following conditions apply:

- Vacation
  As stated in the Marmon/Keystone employee handbook:
  Unused vacation will not be paid to any employee who has been discharged by the company.
  (NOT IN THE HANDBOOK)

- Benefits:
  All company benefits expire as of the last day of the month in which your employment has ceased. You will be eligible to continue health care (medical and dental) benefits through COBRA for a period of 18 months. You will receive by mail from Highmark Services Company specific information regarding the enrollment process and premiums. In order to continue your benefits, you must elect coverage through COBRA. The health insurance benefits that you elect will be reinstated under a new COBRA group number when payment for your coverage is received by the COBRA administrators. Questions regarding health insurance benefits can be directed to Shirley Ross, Benefits Manager, of the Corporate Human Resources Department at (724)283-3000 extension 346.

- Retirement Plan:
  If you are a participant in the Marmon Employees' Retirement Plan, you should contact AMVESCAP at 1-800-881-8520 for final distribution options available to you. If you have questions, you may contact Karen Cornibe, Compensation Manager, at (724)283-3000 extension 342.

- Quality Dollars:
  If you have a balance of Quality dollars in your account, you may redeem them for a Wal-Mart card. You must request the card within one year. All requests will be reviewed prior to any redemption and are subject to approval. Contact Denny Derringer, Corporate Quality and Operations Manager, at (724)283-3000 extension 340 for details.

If you have any questions or concerns, please do not hesitate to contact either your branch manager or Linda McCue, Vice President Human Resources, at (724)283-3000 extension 344.

MARMON

A member of The Marmon Group of companies

| VOICE DATE | INVOICE NO. | OUR VOUCHER NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 25/04 | | 400040 | 19.65 | REG PAY  21.28<br>SOCSEC    1.32<br>MEDICARE   .31 | |

HECK NO. 813765

Marmon/Keystone Corporation, BUTLER, PA