IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY CARTER, SR. ) | |
| ) | |
| Plaintiff, Pro Se ) | CASE # 1:05-CV-00311 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| MARMON/KEYSTONE CORPORATION ) | NOTICE, CONSENT, AND ORDER OF |
| ) | REFERENCE EXERCISE OF |
| Defendant ) | JURISDICTION BY A UNITED STATES |
| ) | MAGISTRATE JUDGE |

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed.R.Civ.P.73, you are notified that a United States Magistrate Judge of this District Court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgement. Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the Court's jurisdiction from being exercised by a Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the district judge to whom the case has been assigned.

An appeal from a judgement entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for

Fed.R.Civ.P.73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceeding in this case, including the trial, order the entry of a final judgment, and conduct all post-judgement proceedings.

|  |  |
|---|---|
| _____ <br> Anthony Carter, Sr. <br> 28 Monticello Blvd <br> New Castle, DE 19720 <br> Plaintiff, Pro Se | SNYDER AND ASSOCIATES, P.A. <br><br> _____ <br> Bayard J. Snyder, Esq. <br> (DE#175) <br> 300 Delaware Ave., Ste. 1014 <br> P.O. Box 90 <br> Wilmington, DE 19899 <br> Attorney for Defendant |

**DATED**: January  15 , 2007              **DATED**: January  11 , 2007


    **IT IS ORDERED** that this case be referred to Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with  28 U.S.C. § 636(c) and Fed.R.Civ.P73.


_____          _____
Date                             United States District Judge