# SNYDER & ASSOCIATES, P.A.
## ATTORNEYS AT LAW

**BAYARD J. SNYDER**
Admitted in DE, NJ and DC

---

OF COUNSEL

**KHRISHNA C. STONE**
Admitted in PA only

**JONATHAN A. BRISKIN, M.D.**
Admitted in PA only

**MAILING ADDRESS:**

P.O. BOX 90
WILMINGTON, DELAWARE 19899-0090

---

(302) 657-8300

**STREET ADDRESS:**

300 DELAWARE AVENUE
SUITE 1014
WILMINGTON, DE 19801

---

FAX: (302) 657-8301

E-MAIL: Snyder90@aol.com

January 31, 2007

E-Filed

Magistrate Judge Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St., Room 6100
Lockbox 8
Wilmington, DE 19801

        RE: Carter v. Marmon Keystone
            C.A. No.: 05-311 KAJ

Dear Judge Thynge:

    I represent Marmon/Keystone Corporation ("Marmon Keystone") in the above matter. I have reviewed Mr. Carter's response to our pending motion. We do not intend to file any further reply. Today was our deadline to do so.

    If you have any questions or concerns please do not hesitate to contact me.

                      Very truly yours,

                      /s/ Bayard J. Snyder (DE #175)

                      Bayard J. Snyder

cc: Mr. Anthony Carter, Sr.
    By U.S. Mail
    Floyd Clutter, Esq.
    By Fax (412) 209-1850
PD Thynge-FX-No Further Response.wpd