**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY CARTER, SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-311-MPT |
| | : | |
| MARMON KEYSTONE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington, Delaware, this **29**th day of **March, 2007.**

Consistent with the Memorandum Opinion of today's date,

IT IS ORDERED and ADJUDGED that defendant Marmon Keystone

Corporation's Motion to Dismiss (D.I. 15) is GRANTED and this matter is DISMISSED

without prejudice.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
